**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALEX LAROCHE                                : No. 197 MAL 2019
                                            :
                                            :
                                            :
          v.                                : Petition for Allowance of Appeal from
                                            : the Order of the Superior Court
                                            :
BRUCE BEERS, BEERS & ASSOCIATES             :
INC., GEORGE A. KOUNOUPIS ESQ.              :
AND HAHALIS & KOUNOUPIS P.C.                :
                                            :
                                            :
PETITION OF: GEORGE A.                      :
KOUNOUPIS, ESQ., AND HAHALIS &              :
KOUNOUPIS, P.C.                             :


## ORDER


**PER CURIAM**

    **AND NOW**, this 16th day of October, 2019, the Petition for Allowance of Appeal is

**DENIED**.